IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| IN RE:<br><br>FLAMUR BALLAZHI<br><br>Debtor(s) | CHAPTER 7 BANKRUPTCY<br><br>CASE NO. 24-80534<br><br>JUDGE THOMAS M. LYNCH |
|---|---|

## NOTICE OF MOTION TO EMPLOY ATTORNEY FOR THE TRUSTEE

**Notified via Electronic filing:**       Attorney Flamur Ballazhi - Pro Se
                                          Patrick S. Layng - Office of the U.S. Trustee
**Notified via U.S. Postal Service:**     See attached service list.

PLEASE TAKE NOTICE that on **June 12 2024, at 11:00 a.m.**, I will appear before the Honorable Thomas Lynch, or any judge sitting in that judge's place, **either** in Courtroom 3100 of the U.S. Bankruptcy Court, Western Division, 327 South Church Street, Rockford, Illinois 61101, **or** electronically as described below, and present the **Trustee's Motion to Employ Attorney for the Trustee**, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

To appear by Zoom using the internet, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

To appear by Zoom using a telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

Meeting ID and password. The meeting ID for this hearing is 160 291 5226 and the password is 852255. The meeting ID and password can also be found on the judge's page on the court's website.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

Dated: May 23, 2024         */s/ Brian A. Hart*
                            Brian A. Hart, Attorney at Law
                            5702 Elaine Drive, Suite 204, Rockford, IL 61108-2475
                            (815) 708-0234 | Brian@rockfordbankruptcy.com

## CERTIFICATE OF SERVICE

I, Colleen M. Lemek,
☐ an attorney, certify
    - or -
☒ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on at or before 5:00 p.m.

*/s/ Colleen M. Lemek*

1

Capital One
PO Box 31293
Lake City, UT 84131-0293

American Express National Bank, AENB
c/o Zwicker and Associates, P.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

Capital One
POB 30285
Salt Lake City, UT 84130-0285

MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD

Flamur Ballazhi
634 Joseph St.
Lake in the Hills, IL 60156-5202

AMERICAN EXPRESS
NATIONAL BANK
P O BOX 981535
TX 79998-1535

MOHELA STUDENT LOAN
DEPARTMENT OF EDUCATIO
P O BOX 790233
ST. LOUIS, MO 63179

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 BANKRUPTCY |
| FLAMUR BALLAZHI | CASE NO. 24-80534 |
| Debtor(s) | JUDGE THOMAS M. LYNCH |

### MOTION TO EMPLOY ATTORNEY FOR THE TRUSTEE

NOW COMES the Trustee, BRIAN A. HART, and for his Motion to Employ Attorney Brian A. Hart pursuant to 11 U.S.C. Section 327, states as follows:

1. Movant is the duly qualified and acting Trustee in this case.

2. To perform his duties as Trustee, Movant requires the services of attorney for the following purposes:

   a. To advise and consult with Movant concerning questions arising in the conduct of the administration of the estate and concerning Movant's rights and remedies with regard to the estate's assets and the claims of secured, preferred and unsecured creditors and other parties in interest;

   b. To appear for, prosecute, defend and represent Movant's interest in suits arising in, or related to this case;

   c. To assist in the preparation of such pleadings, motions, notices and orders as are required for the orderly administration of this estate; and

   d. Other: Investigation and possible liquidation of residential real estate and automobile.

3. For the foregoing and all other necessary and proper purposes, Movant desires to retain generally Attorney Brian Hart as counsel for the Trustee.

4. Because Attorney Brian Hart specializes in bankruptcy matters and because of his experience in these fields, Movant believes that Brian Hart is well qualified to render the foregoing services.

5. That Attorney Brian Hart has no connections with the Debtor, creditors, or any party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, except as follows: the interim Trustee is Brian A. Hart.

6. Movant is informed that the normal hourly rates of said Attorney Brian Hart is $300.00. It is contemplated that said attorney will seek compensation based upon normal and usual hourly billing rates.

WHEREFORE, Movant prays that he be authorized to employ Attorney Brian Hart as his attorney, to render services in the areas described above with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter determine and allow.

> BRIAN A. HART, Trustee
>
> By: BRIAN A. HART, his attorney
>
> By: _/s/ Brian A. Hart_

Brian A. Hart, Attorney at Law
5702 Elaine Drive, Suite 204
Rockford, IL  61108-2475
(815) 708-0234 | Brian@rockfordbankruptcy.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| IN RE: | CHAPTER 7 BANKRUPTCY |
|---|---|
| FLAMUR BALLAZHI | CASE NO. 24-80534 |
| Debtor(s) | JUDGE THOMAS M. LYNCH |

AFFIDAVIT OF BRIAN A. HART PURSUANT
TO BANKRUPTCY RULE 2014(a), 2016(b) AND 5002

BRIAN A. HART, after being first sworn on my oath, deposes and states as follows in support of the Trustee's Motion to Employ Counsel:

1. I, Brian A. Hart, am an attorney duly admitted to the practice of law in the State of Illinois, a member of th4e District Court for the Northern District of Illinois (General Bar and Trial Bar), and I am a member of the United States District Court, Western District of Wisconsin.

2. I maintain an office at 5702 Elaine Drive, Suite 204, Rockford, Illinois 61108-2475.

3. To the best of my knowledge, information, and belief, I have no connection with the Debtor(s), creditors, any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as follows: I am the interim trustee and a Chapter 7 trustee panelist for the United States Trustee's Office, Region 11, for the Northern District of Illinois, Western Division and the Western District of Wisconsin.

Further affiant sayeth not.

Executed on this 23 day of May, 2024.

_____
BRIAN A. HART, Affiant

Signed and sworn to before me this
23 day of May, 2024.

_____
Notary Public

OFFICIAL SEAL
COLLEEN M LEMEK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 4/21/2026

Mr. Brian A. Hart, Attorney at Law
5702 Elaine Drive, Suite 204, Rockford, IL  61108-2475
(815) 708-0234 | Brian@rockfordbankruptcy.com